In the Matter of the Claims of KATHERINE A. KAISER et al., Respondents, against U. S. O. CAMP SHOWS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by an employer and insurance carrier from an award of death benefits. In determining the issue of dependency in favor of claimants, parents of decedent, the board's findings were based upon evidence as to the domestic burdens and obligations which, without fault or extravagance on their part, produced a situation which had rendered necessary the financial aid they had received from decedent for several years prior to her death and which evidence could reasonably be said to continue the dependency status of the parents for the periods and to the degree for which the awards in question were made. Such evidence was competently employed in determining the factual question, viewed as it was along with the evidence of the earnings of decedent's father. Thus employed it sustained the findings made and justified the award. Award affirmed, with costs to the Workmen's Compensation Board. All concur. [See *post,* p. 1005.]

In the Matter of the Claim of GERALDINE DAVIS, Respondent, against HARRIS STRUCTURAL STEEL COMPANY, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an award of death benefits under the Workmen's Compensation Law. Decedent was employed as an iron worker in a structural steel factory. He sustained an accidental injury to the third finger of his left hand. Apparently tetanus developed and caused his death. There is a difference of medical opinion on the cause of death and causal relation. Only questions of fact are presented. Award affirmed, with costs to the Workmen's Compensation Board. All concur. [See *post,* p. 1005.]

In the Matter of the Claim of GERRY MITCHELL, Respondent, against BUFFALO FORGE CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — Appeal by carrier and employer from an award for compensation made by the Workmen's Compensation Board. Award affirmed, with costs to the Workmen's Compensation Board. All concur.

In the Matter of the Claim of PAUL COLLINS, Respondent, against AROBOL MANUFACTURING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Award for injuries resulting from assault by fellow employee. The quarrel first began within the plant. The assault outside was a continuance of the earlier difficulty. (*Matter of Field* v. *Charmette K. F. Co.,* 245 N. Y. 139.) Award affirmed, with costs to the Workmen's Compensation Board. All concur. [See *post,* p. 1005.]